**No. 67550.**—Dingelstedt & Co. *v.* United States, protests 60/15503, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic feeders or fountains similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.

**No. 67551.**—The A. W. Fenton Co., Inc. *v.* United States, protests 59/4236 and 59/4242 (Cleveland).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel that the merchandise consists of marble slabs similar in all material respects to those the subject of *The A. W. Fenton Co., Inc.* v. *United States* (44 Cust. Ct. 16, C.D. 2147), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 2, 1963

**No. 67552.**—Oxford International Corp. et al. *v.* United States, protests 62/10373, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns and sirens similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.